12 A.2d 208

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOSEPH BROWN, DEFENDANT–PETITIONER.

January 18, 2011.

Granted, and summarily remanded.

12 A.2d 208

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WILLIAM RANGE, DEFENDANT–PETITIONER.

January 20, 2011.

Denied.

12 A.2d 208

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RICHARD K. PASHUCK, DEFENDANT–
PETITIONER.

January 27, 2011.

Denied.